**FILED**

# UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

for the

District of Guam

SEP 10 2019

_____ Division

JEANNE G. QUINATA
CLERK OF COURT

Johnston B. Palik
P.O. Box 529
Hagatna, GU 96932

)
)
)
)
)
)
)

Case No. **19-00137**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

G4S Security Solutions Company
1851 Army Drive
Tamuning, GU 96918

)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Johnston B. Palik   Pro Se
Street Address    172 C Charles Torres ST.
City and County   Tamuning, Guam 96913
State and Zip Code
Telephone Number   789-0020
E-mail Address   palikjohnston@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**ORIGINAL**

Defendant No. 1

    Name                *G4S Secure Solutions - Guam*

    Job or Title *(if known)*

    Street Address        *1851 Army Drive*

    City and County     *Tamuning, Guam*

    State and Zip Code   *USA    96918*

    Telephone Number   *(671) 646-2307 / 646-6532*

    E-mail Address *(if known)*   *guam@gu.g4s.com*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | *Johnston Palik* |
| Street Address | *Harmon Loop Sunset Garden Apts.* |
| City and County | *Harmon, Guam* |
| State and Zip Code | *Dededo. 96929* |
| Telephone Number | *(671) 649-2838* |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☒   Termination of my employment.

☐   Failure to promote me.

☒   Failure to accommodate my disability.

☒   Unequal terms and conditions of my employment.

☒   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

☒   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒   race          *Kosraean Pacific Islander Micronesian*

☐   color         _____

☐   gender/sex

☒   religion       *Protestant Christian*

☒   national origin  *Kosrae Micronesian*

☒   age *(year of birth)*  *54 / 1963* *(only when asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*

*See attachment from my Doctors.*

E.   The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☒  issued a Notice of Right to Sue letter, which I received on *(date)*  6/10/2019 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Economic Damages - lost wages, or income and insurance coverage.

Case 1:19-cv-00137   Document 1   Filed 09/10/19   Page 5 of 42

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09/04/2019

Signature of Plaintiff

Printed Name of Plaintiff  Johnston Palik

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____



 Welcome, Johnston   Log Out

Filing with EEOC

    

# My Charge

**EEOC Number:** 480-2018-01154

**Status:** Determination of no reasonable cause issued

The charge of employment discrimination filed on **2018-02-22** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Johnston Palik** against **G4S SECURE SOLUTIONS (GUAM) INC.** is available for you to view online

### Your Charge is Closed

Your charge was closed on 06/10/2019 . You may continue to view information and documents about this charge for up to 90 days after 06/10/2019 . If you have **not** already saved copies of the documents about this charge, **be sure to download and save them as soon as possible.**

### Notice of Right to Sue - Important Time Limit

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a complaint in court **within 90 days of the date you received the Notice of Right to Sue.** If you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the enclosure that was provided with your Closure Notice/NRTS.

### Position Statement Requested

EEOC has received your request for the respondent's Position Statement. EEOC will notify you by email when the Position Statement is available for you to review.

# My Documents

If you have documents supporting your charge, please upload them using this portal.
Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

**Be sure you save all documents related to your charge, including Email correspondence.** Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.
Click using this portal to upload documents.

Upload

| | | |
|---|---|---|
| CP Documents.pdf | Correspondence To/From Charging Party | 12/10/2018 |
| 480-2018-01154 Palik v. G4S.pdf | Position Statement - Redacted | 11/14/2018 |
| Emails to Respondent 01154 Palik.doc.pdf | Correspondence To/From Charging Party's Attorney | 10/18/2018 |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2018-01154 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **Mr. Johnston B Palik** | **(671) 789-0020** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **313 Chalan Gaogao, DEDEDO, GU 96929** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **G4S SECURITY** | **101 – 200** | **(671) 646-2307** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1851 Army Drive, Tamuning, GU 96913** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **06-22-2016**   Latest **10-25-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired to work for G4S Security & Solutions in Guam. During my employment, I have experienced discrimination because I am not a local Guamanian (Chamorro) and am a Micronesian subjecting to disparate treatment in discipline and threats of discharge for similar incidents non-Micronesians are not disciplined or threatened with discharge. Ms. Taisague discharged me. I have not been given a reason for the difference in treatment I experienced at work. I believe I was discriminated because of my race/national origin (Pacific Islander/Micronesian), religion and in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, and my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Johnston Palik on 02-22-2018 05:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**KATHLEEN GILLIAM**

| | |
|---|---|
| **From:** | KATHLEEN GILLIAM |
| **Sent:** | Wednesday, September 12, 2018 11:26 AM |
| **To:** | 'Jon Visosky' |
| **Subject:** | EEOC Charge Palik vs G4S 480-2018-01154 |

**Hello Mr. Visosky. Our records indicate we have not received your Position Statement for the above named charge which was due 8/30/18. Please upload your statement as soon as possible. Thank you,**

Kathleen Gilliam
Office Automation Assistant
U.S. Equal Employment Opportunity Commission
255 E Temple St. 4th Floor
Los Angeles CA 90012
**213 894-1012**
**213 894-1118** Fax

## EEOC Las Vegas Training Seminar
### September 11ᵗ & 12ᵗ
### Register Today: http://bit.ly/LasVegasEEOTraining

For questions regarding the training seminar, contact Outreach & Education Coordinator Nicole St. Germain at (213) 894-1045 or nicole.stgermain@eeoc.gov

| | |
|---|---|
| **From:** | Jon Visosky <Visosky@guamlawoffice.com> |
| **Sent:** | Tuesday, September 18, 2018 10:31 PM |
| **To:** | KATHLEEN GILLIAM |
| **Subject:** | RE: EEOC Charge Palik vs G4S 480-2018-01154 |

Hi Kathleen,

The island was hit by a typhoon next week, so we are still working to get back on track. I will file the response shortly. Thanks for your patience.

Best Regards,

Jon A. Visosky
**ROBERTS FOWLER & VISOSKY LLP**
865 South Marine Corps Drive, Ste. 201
Tamuning, Guam 96913
Tel: (671) 646-1222
Fax: (671) 646-1223
Email: visosky@guamlawoffice.com
(located in the Orlean Pacific Plaza, Tamuning)

Confidentiality Note  **This email and any attachments contain privileged and confidential information intended only for the use of the individual(s) or entity named on the email address. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, reading this email is strictly prohibited. If you have received this email in error, please immediately return it to the sender and delete it from your system. Thank you.**

**From:** KATHLEEN GILLIAM [mailto:KATHLEEN.GILLIAM@EEOC.GOV]
**Sent:** Thursday, September 13, 2018 4:26 AM
**To:** Jon Visosky
**Subject:** EEOC Charge Palik vs G4S 480-2018-01154

**Hello Mr. Visosky. Our records indicate we have not received your Position Statement for the above named charge which was due 8/30/18. Please upload your statement as soon as possible. Thank you,**

Kathleen Gilliam
Office Automation Assistant
U.S. Equal Employment Opportunity Commission
255 E Temple St. 4th Floor
Los Angeles CA 90012
**213 894-1012**
**213 894-1118** Fax

**EEOC Las Vegas Training Seminar**
September 11[1] & 12th
**Register Today: http://bit.ly/LasVegasEEOTraining**

**For questions regarding the training seminar, contact Outreach & Education Coordinator Nicole St. Germain at (213) 894-1045 or nicole.stgermain@eeoc.gov**

## KATHLEEN GILLIAM

From:               KATHLEEN GILLIAM
Sent:               Friday, October 12, 2018 8:43 AM
To:                 'Jon Visosky'
Subject:            EEOC Charge 480-2018-01154 Palik v G4S

Dear Mr. Visosky,

Our records indicate that we have not received your position statement for the above mentioned charge of discrimination which was due August 30, 2018.

If your position statement was already sent to the EEOC, we apologize for any inconvenience and ask that you please upload a second copy within the next two weeks. The due date is **October 26, 2018** in order for the EEOC to continue to process the case in a timely manner. *Please note that no extensions will be granted to submit the position statement.*

If the Charging Party has filed a lawsuit in State court, please provide a copy of the civil complaint.

If you have reached a settlement agreement with the Charging Party, please advise us of the settlement and provide a copy of the settlement agreement if possible.

Please be advised that EEOC is empowered by statute[1] to subpoena any and all evidence, including witness testimony necessary to its investigations.  It is our hope that it will be unnecessary for EEOC to resort to the subpoena process.  Other recourse available to the EEOC is to issue a Letter of Determination based upon evidence already provided and the absence of evidence disputing the allegations of discrimination filed by the Charging Party.

If you have any questions please feel free to contact me at the information listed below.

Thank you for your courtesy and cooperation.

Kathleen Gilliam
Investigative Service Assistant
U.S. Equal Employment Opportunity Commission
255 E Temple St.  4th Floor
Los Angeles CA 90012
**213 894-1012**
**213 894-1118** Fax

---

[1] Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-9 incorporating 29 U.S.C. §161; the Equal Pay Act, 29 U.S.C. § 209, incorporating 15 U.S.C. §§49 and 50; the Age Discrimination in Employment Act, 29 U.S.C. §626(a), incorporating 29 U.S.C. §209; and the Americans with Disabilities Act, 42 U.S.C. §12117(a), incorporating 42 U.S.C. §2000e-9.

EEOC Charge No. 480-2018-01154

**Response to G4S Security Solutions**

Position Statement


I disagree with the G4S Position Statement because it is incorrect and contradict to what I was told during and after the meetings some facts that I verbally provided for sufficient detail with their questions during our meetings and I also some attached e-mails and other communication documents I personally delivered to G4S Security Solutions Control Office as per their requests which clearly stated.

I verbally explaining to the G4S Security Managers on all the complaints and Charges against me. I also documenting the attached incidents reports with my Shifts Supervisors and Assistant Operations Manager in our daily log book on the job site they picked up daily by the Rover Shift Supervisors. I also provided enough information in our daily static report and daily log book provided by G4S and my personal file copy and ready reference documents, and e-mails communication in response to G4S Position Statement. The physical facts could be denied, and beyond the physical facts I could discerning right from wrong. Please, see letter dated September 10, 2016. The letters indicated my request for Sunday off to pay my respect on Sundays. As a boy growing up going to Church every Sundays with my parents and until now Sundays are prohibited to work on Sundays on the Island of Kosrae. I requested only Sundays off with the Operations Manager to make arrangement with other Security Officers who are willing to work on Sundays. Today, I am still a Protestant Christian my religion and sometimes I go to Church with my wife at Catholic Church in Hagatna.

On March 23, 2017, I got sick on my lower back pain from long standing under the strong sun and my eyes strain and started to get soar and blurry at the PIC Hotel. See doctors medical report and disability document for more information. I reported to the Shift Supervisor to call Control and tell the Operations Manager Ms. Taisague that I got hurt. I called the Security Supervisor Hotel and another Security Officer made a discriminatory comment that I am a lazy old man Chuukese (Micronesian) on the radio. Later the Hotel Security Office called me to go up to the Security Office to clocked out. After that I went to FHP Clinic then later my medical records document delivered by Rover Supervisor Mr. Benevante from FHP Clinic to G4S Security Control Office for Operations Manager Ms. Taisague information and references.

My discharged date was incorrect. I was discharged/terminated on June 10 to 20, 2017, not June 7, 2017, as state in the position statement. Please see attached e-mail dated Wednesday, June 7, 2017, to Asst. Operations Manager. She called me after her investigation at AK for a meeting with me in her office about the stolen tire at the AK Back Lot where all the repo vehicles parked inside the fence line gate all around. I told her that I saw the fence line gate and reported to Control before the incident occurred and also the Security Officers, I work with telling me the same as I was told its been there before I started at AK. G4S Security don't have the keys to that particular gate. Only the AK workers has the keys for the gate where they claimed the tire was stolen from. And also, the Rover Shift Supervisor (Maskit Idechong) never brief and train me. He just standby for me when I show up on the first day to work at AK Front Lot and Back Lot, he told me that Ms. Scholing will train me around the AK which she never shows me around until my third week. Because she said she don't have time to show me the places around. Not even the fence line gate where repo vehicles parked in the particular locked gate. I

also asking the Security Officers (Mr. Elmer and Pablo) and they help show me what to do around and also telling me about the gate that no proxy to tagged around that gate. I work with them at AK and they all don't have keys to open that gate and it's always locked and no Proxy Pin to tagged around that gate. I remember a GPD Officer stop by during one of my day shifts asking if I have keys for that particular gate. I told the GPD Officer that Security don't have keys only the AK Management.

During my meeting with the Asst. Operations Manager Ms. Taisague. told her I used my laptop to send her emails regarding the company matters and I only used that night during my break and she asking me also about a stolen tire that was on a Lexus and not a Toyota Tacoma X-Runner as mention on the position statement. After Asst. Operations Manager investigation, Paul Suba, and I (Johnston Palik) with one of a GPD Investigator when out together to AK Front Lot Gate and Back Lot Gate fence line at an auto lot that I was patrolling. I show Director Paul Suba and the GPD Investigator. Obviously, G4S story was fabricated instead of telling the truth and says different story to accusing me and charged against me to discharged/terminate my employment with G4S Security Solutions Company. After the G4S investigation was flawed they reinstated me as stated in the position statement.

On June 10, 2017, to June 19, 2017, I was discharge and terminated. Not June 7, 2017, as stated incorrect in the position statement. I was wrongly terminated and discharged for two weeks and after the investigation G4S discovered that Ms. Taisague investigation was flawed. Because of race/national origin Pacific Islander Kosraean Micronesian and age discrimination due to facts that one of the G4S Security Officer called me lazy old man Chuukese but I am Kosraean the same treatment applies to other Federated States of Micronesia (FSM) workers (Wensner Paul and Nixon Ludwig) with G4S was also discharged and termination. When I investigated with my fellow FSM (Micronesian) Citizens they informed me that they don't know how to initiate and file their claims because they fear and afraid to speak up and can't write their complained report. And these are my workmates with the G4S Security Company. It is a common practice here that any FSM Citizens (Micronesian) work for the G4S Security Company always get terminated immediately instead of disciplinary action or warnings. I spoke to my workmates and learn from them how the G4S Management treated them very unfairly in making decision over locals and FSM (Micronesian) Citizen working for G4S Security Company. One of the local (CHamoro) he claimed to be the most seniority Security Officer (Mr. Tony Santos). I used to relive him on Post at the Matson new office he even bragged endlessly about himself always get caught sleeping on the job, but never get reported discharged/terminated because he told me he knew the history of those big guys (supervisors/managers) breaking the G4S rules and policies at the Control Office. They never discharged/terminate him since he started working for the G4S Security Solutions Company even though he always gets caught breaking the G4S rules and policies.

In retaliation the Operations Managers terminated my employment with G4S after the October 15, 2017, because of the incident at Harmon Loop Sunset Garden apartment. I testified against them the Equal Pay Act for my missing hours they never pay me until I seek assistance from the Labor Department on how to claimed for my unpaid working hours and also participate in any manner in my own investigation and to file my case to seek for justice.

Director of Human Resources Charlotte D. Huntsman called me for a meeting and we discuss over the incident and she advices me to call Manager Greg Duenas regarding any work issues and work schedule instead of Manager Taisague. Later that day, Human Resources reinstated my employment with the G4S Security Solutions Company.

On Sunday, October 15, 2017, approximately 2 a.m. at Harmon Loop Sunset Garden apartment I logged two vehicles parked where only three (3) hours policy posted on the parking wall. I follow the Landlord instructions and order during my first night briefing with him. He advices me that he's watching me on the camera and if he finds me not enforcing the parking policy, he will have me fire from my job. Every night I make sure no vehicles parked illegally. When I called the towing company no one arrived after I am already off duty at 5 a.m. No towing truck arrived on the premises after I called G4S Control Office to clocked out at 5 a.m. About 25 to 30 minutes later the towing company called me and I told the person who called me I am already off and I am no longer at the Harmon Loop Sunset Garden apartment and to call the Landlord.

Later the Landlord called me and asking me about the towing incident and demanded me to pay Ms. Laarni Sabra Dela Cruz $180.00. I told the Landlord (Mr. Morris) that I just follow his order and instructions he advices me to do and to call the towing company when the tenants or visitors violated the company parking policy. And I asking him why he wanted me to pay for Ms. Cruz towing cost? When the Landlord told me if I don't pay for it, he will call up G4S Company to fire me because he is the one paying for me not G4S. I don't want to lose my job and I asked the Landlord to forgive me and not to fire me and give me a chance until my payday. The Landlord insist so I borrow the $180.00 and I paid to the **Landlord and the Landlord pay to Ms. Cruz. After I made payment to the Landlord. I discovered that Ms.** Cruz is not a tenant she's just a visitor. And I was informed by the work associates and tenants told me that the place is known for drug dealer and to be aware. I understand it is my duty too lookout for any crimes around the premises to report it to G4S and the authority.

Johnston Palik

| | |
|---|---|
| **From:** | Johnston Palik <palikjohnston@gmail.com> |
| **Sent:** | Monday, November 26, 2018 4:26 AM |
| **To:** | EMILY MAUGA |
| **Subject:** | Fwd: GWA Security Officer |

# Salary rate discrimination

Johnston Palik

---------- Forwarded message ----------
From: **Johnston Palik** <palikjohnston@gmail.com>
Date: Thu, May 11, 2017 at 1:10 AM
Subject: GWA Security Officer
To: Michelle Taisague <michelle.taisague@gu.g4s.com>, G4S Greg Duenas <greg.duenas@gu.g4s.com>

Hi Bosses,

On May 10, 2017, I was working with Ben at GWA on Swing shift last night, and I wish I could have the same salary rate of $ 11.75 they're making an hour.

My reliever arrived post 12 minutes late, and he is not in his uniform either. Later he asked me to call up NCC for him while he put on his uniform before I leave the post.

I believe and feel that this is not fair.


Johnston Palik

 Sender notified by
Mailtrack

November 2, 2017


Dear Mr Duenas


Re. Appeal Letter/Terminated for Towing Vehicle

Thank you for your time to reconsider my request to appeal my termination

Mr. Roland Balbas have informed me that my employment with G4S Security & Safety Solutions ends as of October 16, 2017. I knew that the reason for this decision was the towing vehicle and his retaliation against me because Manager Michelle Taisague and Mr Balbas are discriminating against me.

I believe that a mistake has informed in any case. I have worked for this company for one year and four months and consistently received excellent performance, until a new manager hired this year. Mr. Balbas has been my Operations Manager for only a few months and has had no opportunity to see my work firsthand. He never warned me that he thought my performance was substandard. I understand that Mr. Balbas best friend, former Manager Taisague, trying to impress her if he terminated me. Mr. Balbas was in her office while I waited outside and they process and prepared my first termination. They called me inside Ms. Taisague office and insisted that I sign the termination document and Mr Balbas will be the eyewitness I looked at both of them and told them I am not going to sign it. Because both of the never come with Mr. Paul Suba and me at the investigation scene. They accuse me without any evidence and proof.

I do not believe that I have given an adequate opportunity to demonstrate or proof my skills with Mr Balbas I also think that my termination is unfair since I never received any indication that my performance was unsatisfactory like those Security Officers and Operations Supervisor I saw them sleeping on duty while G4S is paying them and I have evidence and proof on my logged Apple Smart iPhone.

I review the video surveillance camera footage with the Harmon Loop Sunset Garden Apartment Manager Morris and I saw the evidence and proof during the towing service company came to HLSGA to towed the two (2) vehicles I notified in my Incident Report Both cars are in violation of the company parking policy Just because of the other owner young lady complaint to Mr. Morris and decided to help the young lady have her money back and demanded that I pay her. I did spend the lady after he threatens me he will report me to G4S Mr. Morris authorized to call any towing company in case any tenants or visitors violating the company parking policy He turned around and fabricated the negative narrative report to Mr. Balbas. After meeting with Mr. Balbas, Mr Morris called me to meeting with him at the HLSGA to give him the money. I met with Mr. Morris and gave him $180.00 to pay the lady who complains about him. She is not a tenant, but she is a visitor who is violating the company parking policy before.

I have a family to take care and support, and I must work to keep up with my family obligation I appreciate your help and assistance. I believe I can learn more from the G4S Company if I have given the opportunity to train for my duties and responsibility to improve my work performance as required.

I always come to work 45 minutes before starting time and received the following awards below

PERFECT ATTENDANCE FOR JANUARY, FEBRUARY, MARCH, AND APRIL 11, 2017, FOR EXEMPLARY CONDUCT AWARDS FOR INTEGRITY AND RESPECT, SECURITY AND SERVICE EXCELLENCE INNOVATION AND TEAMWORK.

I want the opportunity to discuss my situation with you as advice. Please! Let me know when you are available.

Sincerely,
S/O Johnston Palik

September 10, 2016


Boss, it's our duties and responsibilities to do it right while on a mission, and I believe it's in our Manual of Guidance (MOG). It is disturbing me when the FHP Manager and employees are approaching me couple times to asking me information with their complaints. Moreover, also the FHP patients watching the man in black (MIB) he dresses like a mobster-style instead of G4S regular uniform wearing a long dark jacket, dark sunglass, and a hat walking around escorting an employee at the FHP premises. Someone makes fun of the guard at the FHP Main Entrance.

When I am trying to work with him to resolve the issues with the Security Officer Associate, he's trying to be wise when I am asking security solutions from him.

Boss, Ms. Manibusan already scheduled me to meet with you next week Monday at 10 a.m. By the way, if you offer me something, I feel it's appropriate you give me a merit increase.

I also wanted to be reminded about my oral request on my first week of June and even the third week about my request for Sunday off. I asked you orally and also documented to give me Sunday off so I can respect our Sunday and go to Church. As I mention to you that our culture we must not work on Sunday as we believe in the Bibel that we are not allowed to work on Sunday.

Thank you in advance for the opportunity and your excellent management style of understanding and cooperation.


S/O JP

 Gmail                            Johnston Palik <palikjohnston@gmail.com>

## Wrongful Termination

3 messages

**Johnston Palik** <palikjohnston@gmail.com>              Wed, Jun 7, 2017 at 11:47 PM
To: Michelle Taisague <michelle.taisague@gu.g4s.com>
Bcc: Johnston <palikjohnston@gmail.com>

Hi Manager Taisague,

You were aware of our investigation last month at AK Toyota complex with Director Suba and the GPD Investigator.

Operations Supervisors and Security Officers at AK never training me about the overflow gate nor showing me the proxy tag in that particular entrance. Nor you and the Operation Manager never show me once. When train by Ms. Scholing I asking her about a month and she finally showing me around the proxy tag. When S/O Scholing finally have time to show me around the areas at AK Front Gates. I asked her about the overflow gate key, and she told me not to worry about the particular gate because the management was never given her the keys for the floodgate.

The Operations Supervisors and Security Officers said a lot of issues about the NCC management problems. Now I feel the reason they complain about the Security & Safety Management, and I am not surprised about how you discriminated and unfairly terminated my employment with the G4S Company.

You are acutely aware of my complaint in the past about the officers sleeping on duty and they all still working. I send you proof and evidence and still no disciplinary action aginst them. You wouldn't have proof and evidence if the tire were removed during my shift even though I told you I saw the hole was there before my shift started and ended that morning.

You sent the same Security Officer twice without the G4S uniform to visit me at my post the interfere while I am on duty. The same S/O that FHP Clinic Management found sleeping while on duty. You reminded us during the training that sleeping on the job is ground for termination, but he's still working.

You let the outer islands from Micronesia terminated, but you keep the local hired on the job even though they're in violation of MOG rules and regulation. That is discrimination and logically fallacious with false authority.

I will seek legal advice and file a complaint with the Department of Labor about my unpaid overtime hours.

Johnston Palik



**Group 4 Securicor**

## INTERNAL REPORT

| To: Control Office, Michelle Taisague | Date: 06/28/2017 |
|---|---|
| From: S/O Johnston Palik | Employee ID#: 156 |
| Subject: Request Sunday OFF/PIC Hotel Incident | HR Control #: |

I am documenting for the records as I always verbally requested for Sunday off many times since I started to work on June 2, 2016, for the G4S Company. As of this letter you still not answer my requests and still ignoring my needs. During my interview with you, I informed you before and after Dept of HR had me signed some documents that I am not fully understand the contains. After signing all the documents given to me, you advice me if any questions to ask HR Dept. of any hiring process. I informed you about my health condition issues on my lower back pain and eye problems that causes me can't stand more than 24 hours and see clearly from the strong sun + too much lights. You assure me that's find just work and any problems to call you and let you know when anything occur on the job site so you can instruct the supervisor to find any posts that I can move around and sit down and doing my job. On March 23, 2017, I was assigned to work at PIC Hotel poolside standing under a strong sun. I was instructed to remain at the poolside and not to go any place nor patrol. After a long standing my back started to hurt so bad I called the supervisor to report my lower back pain to Mrs. Taisague as we understand each other about my health condition. When I called on the radio for help, I heard one of the security on the radio make a discrimination comment that I am a fucken lazy old Chuukese man Micronesian just want to make an excuses. Later again another security local make another comments in Chamoro hafa Katchul I called the hotel
Signature: Johnston Palik     I am coming to the office time out to go see doctor. G4S Control Supervisor Benevente met me at FHP Clinic.

Manager's Signature: _____ Dated: _____



**Group 4 Securicor**

## INTERNAL REPORT

| To: Manager Roland Balbas | Date: 10/18/2017 |
|---|---|
| From: S/O Johnston Palik | Employee ID#: 156 |
| Subject: Incident Report | HR Control #: |

On Sunday, October 15, 2017, approximately 2:00 a.m. I, Security Officer Johnston Palik conducted a foot patrol around the premises at the Harmon Loop Sunset Garden Apartment. When I noticed a Brown, Toyota, 4 Runner with a Guam-bearing License Plate #INA 5093 and a Blue, Toyota, Corolla with a Guam License Plate # MTE 4532 both parked to each other where the company policy posted on the partition wall sign for only three (3) hours parking. That was around 2:07 a.m. when the Blue Toyota, Corolla arrived to park at the visitor's designated parking stall as shown in the surveillance camera footage.

I, S/O Palik was instructed and authorized by the HLSG Manager to call the towing company in case any tenants or visitors in violation or unauthorized vehicles to park in the fire lane or visitor's parking stalls. I waited for the tow truck until 5:00 a.m. they never show up, and I dispatched the G4S Nc Control to booking off duty. I left Harmon Loop Sunset Garden Apartment. Later the towing company called me after twenty-five minutes, and I informed the caller they're late and I am already booking off from work, and I am already at home too late.

Signature: Johnud Palik

Manager's Signature: _____ Dated: _____

| | |
|---|---|
| From: | Johnston Palik <palikjohnston@gmail.com> |
| Sent: | Monday, November 26, 2018 3:31 AM |
| To: | EMILY MAUGA |
| Subject: | Fwd: Weekly Work Schedule |

# See discrimination treatment.

Johnston Palik

---------- Forwarded message ---------
From: Johnston Palik <palikjohnston@gmail.com>
Date: Tue, Jun 27, 2017 at 1:36 PM
Subject: Weekly Work Schedule
To: G4S Greg Duenas <greg.duenas@gu.g4s.com>
Cc: Michelle Taisague <michelle.taisague@gu.g4s.com>, Gerilyn Manibusan
<gerilyn.manibusan@gu.g4s.com>

Hi Manager Duenas,

Hope to find you well in these email.

By the way, I was confirmed to work at Agana Bay Condo tonight and when I called for reconfimation. NCC change again.

I was told by Mr. Kristian they give it to another Security Officer. According to Ms. Manibusan I have 42 hours and two ot. I want to work more hours.

I need to know my work schedule so I can have time to prepare. I have other important things to do and I need my schedule so I can work with it accordingly.

Can I have my work schedule send via email as NCC always email it to me?

I don't have gas to come to the office all the time to pick up my schedule as I was told by Kris and Geri. It is very inconvenient for us because I knew some of us don't have their own transportation.

Thank you for your usual understanding and prompt action.

Very appreciated.

| | |
|---|---|
| **From:** | Johnston Palik <palikjohnston@gmail.com> |
| **Sent:** | Monday, November 26, 2018 4:01 AM |
| **To:** | EMILY MAUGA |
| **Subject:** | Fwd: Scanner for Me |
| **Attachments:** | Scan Sep 7, 2017, 12_16.pdf |

# Missing worked hours because of discrimination.

Johnston Palik

---------- Forwarded message ---------
From: <palikjohnston@gmail.com>
Date: Thu, Sep 7, 2017 at 12:45 PM
Subject: Scanner for Me
To: G4S Michelle Taisague <michelle.taisague@gu.g4s.com>, Gerilyn Manibusan <gerilyn.manibusan@gu.g4s.com>, ronald. balbas <ronald.balbas@gu.g4s.com >

Scanned by Scanner for Me http: apple.co 1FF2NXr

Sent from my iPhone

 Gmail

Johnston Palik <palikjohnston@gmail.com>

## AK Schedule
4 messages

**Control G4S** <control@gu.g4s.com>              Sun, Apr 16, 2017 at 8:34 PM
To: Johnston Palik <palikjohnston@gmail.com>

Hafa Adai,

| Attraction | Fri 04/14 | Sat 04/15 | Sun 04/16 | Mon 04/17 | Tue 04/18 | Wed 04/19 | Thu 04/20 | Hrs |
|---|---|---|---|---|---|---|---|---|
| Ringkel Pablo | OFF | OFF | OFF | 0001-0700 (F) | 0100-0700 (F) | 0100-0700 (F) | 0100-0700 (F) | 25 |
| Agusto Pascua | 0100-0700 (F) | 0100-0700 (F) | 0001-0945 (F) | 0001-0700 (F) | 0100-0700 (B) | 1900-0100 (F) | OFF | 39.75 |
| Johnston Palik | 0100-0700 (B) | 0100-0700 (B) | 0001-0945 (B) | 1900-0100 (F) | OFF | 0100-0700 (B) | 0100-0700 (B) | 39.75 |
| Sammy Ramos | 1900-0100 (F) | 1700-2400 (F) | 1600-2400 (F) | OFF | 1900-0100 (B) | 1900-0100 (B) | 1900-0100 (B) | 39 |
| Elmer Regino | 1900-0100 (B) | 1700-2400 (B) | 1600-2400 (B) | 1900-0100 (B) | 1900-0100 (F) | OFF | 1900-0100 (F) | 39 |
| | | | | | | | | 182.5 |

--
**Thank You and Please Be Safe,**
**G4S Control Team**
G4S Secure Solutions (GUAM) Inc.
1 (671) 649-9273/5
1 (671) 646-2307

Please consider the environment before printing this email
G4S Golden Rules of Safety:



This company is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly **prohibited. Any personal views expressed in this e-mail are those of the individual sender and the Company does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity. This message has been checked for viruses on behalf of the Company.**

Please consider the environment before printing this email.
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

This communication may contain information which is confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s).

| Date | Days | G4S Accounts/Posts | NCC/SO/Reliever | Time In | Time Out | # of Hours work | Total Hours |
|---|---|---|---|---|---|---|---|
| 8/16/2017 | Wed. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/16/2017 | Wed. | Harmon Loop Sunset Garden | Cassie/Jem | 2100 | 2400 | | C |
| 8/17/2017 | Thur. | HarmonLoop/Las Palmas | Gavin/Cassie | 2400 | 800 | | 8 |
| 8/17/2017 | Thur. | Harmon Loop Sunset Garden | Lielie/Ramona | 2100 | 2400 | | 11 |
| 8/18/2017 | Fri. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 8 |
| 8/18/2017 | Fri. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/19/2017 | Sat. | Harmon Loop Sunset Garden | Jem/Kiristian | 2400 | 500 | | 5 |
| 8/19/2017 | Sat. | Harmon Loop Sunset Garden | Jem/Cassie | 2100 | 2400 | | 3 |
| 8/19/2017 | Sat. | Harmon/Coach Duty Free | Jem/Kiristian | 2400 | 930 | | 9.5 |
| 8/20/2017 | Sun. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/20/2017 | Sun. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/21/2017 | Mon. | Off | | | | | |
| 8/21/2017 | Mon. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/22/2017 | Tue. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/22/2017 | Tue. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/23/2017 | Wed. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/23/2017 | Wed. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/24/2017 | Thur. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/24/2017 | Thur. | Las Palmas | JemCassie/Gav | 500 | 800 | | 3 |
| 8/24/2017 | Thur. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/25/2017 | Fri. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/25/2017 | Fri. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/26/2017 | Sat. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/26/2017 | Sat. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/27/2017 | Sun. | Harmon Loop Sunset Garden | Gavin/Cassie | 2400 | 500 | | 5 |
| 8/27/2017 | Sun. | Off | | | | | |
| 8/28/2017 | Mon. | Off | | | | | |
| 8/29/2017 | Tue. | Harmon Loop Sunset Garden | Gavin/Cassie | 2100 | 2400 | | 3 |
| 8/30/2017 | Wed. | Harmon Loop Sunset Garden | Kris/ | 2400 | 500 | | 5 |
| 8/31/2017 | Wed. | Harmon Loop Sunset Garden | Kris/ | 2100 | 2400 | | 3 |
| 8/31/2017 | Thur. | Harmon Loop Sunset Garden | | 2100 | 2400 | | 3 |
| | | | | | | | 130.5 |

| | |
|---|---|
| **From:** | Johnston Palik <palikjohnston@gmail.com> |
| **Sent:** | Monday, November 26, 2018 4:04 AM |
| **To:** | EMILY MAUGA |
| **Subject:** | Fwd: TIME SHEET |
| **Attachments:** | image001.png |

# My complaint about missing worked hours.

Johnston Palik

---------- Forwarded message ----------
From: **Johnston Palik** <palikjohnston@gmail.com>
Date: Sat, Sep 16, 2017 at 3:32 PM
Subject: RE: TIME SHEET
To: Michelle Taisague <michelle.taisague@gu.g4s.com>, Gerilyn Manibusan <gerilyn.manibusan@gu.g4s.com>, ronald. balbas <ronald.balbas@gu.g4s.com>, Control G4S <control@gu.g4s.com>
Cc: G4S Greg Duenas <greg.duenas@gu.g4s.com>

Buenas yan Hafa Adai To All!!

Hope to find you all doing well, and doing a great job!

After I reconcile and reviewing my time and attendance records with the NCC personnel on the Consolidated Duty Attendance Summary Report. I discovered some of the mistakes that constantly created the problem on the Actual Date, Post Name, Scheduled Time, and Actual Time input in the NCC system that continued causes the short hours on my Total Hours. This is very unprofessional and unfair work that constantly causes my hours short most of the time on most of the pay period and pay days.

I believe the issues can be fix with NCC and the organization. I can provide all my check stub with my supporting records for all short hours from my time and attendance file records for review and action. If these problem cannot be resolve than I may seek for help and assistance with the Department of Labor for advise.

| Date | Days | G4S Accounts/Posts | NCC/SO/Reliver | Time In | Time Out |
|------|------|--------------------|----------------|---------|----------|
| 7/16/2017 | Sunday | PIC Hotel & Royal Gardens | Jem/Gavin | 800 | 1600 |
| 7/17/2017 | Monday | Ross Micro. Mall | Kristian/Cassie | 1700 | 2400 |
| 7/17/2017 | Monday | Ross Micro. Mall | Cassie | 2400 | 230 |
| 7/18/2017 | Tuesday | Ross Micro. Mall | Cassie | 1700 | 2400 |
| 7/18/2017 | Tuesday | Ross Micro. Mall | Cassie | 2400 | 230 |
| 7/19/2017 | Wed. | Ross Micro. Mall | Gavin/Cassie | 1700 | 2400 |
| 7/19/2017 | Wed. | Ross Micro. Mall | Gavin/Cassie | 2400 | 230 |
| 7/20/2017 | Thursday | Lam Lam | Gavin/Cassie | 2200 | 2400 |
| 7/20/2017 | Thursday | Lam Lam | Gavin/Cassie | 2400 | 500 |
| 7/21/2017 | Friday | Matson | Cassie/Kristian | 600 | 1200 |
| 7/21/2017 | Friday | CAM 5 | Jem/Kristian | 2100 | 2400 |
| 7/22/2017 | Saturday | CAM 5 | Jem/Clarice | 2400 | 600 |
| 7/22/2017 | Saturday | CAM 5 | Jem/Clarice | 2100 | 2400 |
| 7/23/2017 | Sunday | CAM 5 | Jem/Clarice | 2400 | 600 |
| 7/23/2017 | Sunday | CAM 5 | Jem/Cassie | 2100 | 2400 |
| 7/24/2017 | Monday | CAM 5 | Jem/Cassie | 2400 | 600 |
| 7/24/2017 | Monday | CAM 5 | Jem | 2100 | 2400 |
| 7/25/2017 | Tuesday | CAM 5 | Jem/Gavin/Cassie | 2400 | 600 |
| 7/25/2017 | Tuesday | Joan Mafnas/Happy Landing | Jem/Kristian | 2400 | 600 |
| 7/26/2017 | Wed. | Black Construction Corp. | Kavin/Cassie | 2200 | 2400 |
| 7/27/2017 | Thursday | Black Construction Corp. | Kavin/Kristian | 2400 | 800 |
| 7/28/2017 | Friday | Ross Micro. Mall/GPO | Cassie/Gavin | 600 | 1800 |
| 7/28/2017 | Friday | Harmon Loop Sunset | Kavin | 900 | 2400 |
| 7/29/2017 | Saturday | Harmon Loop Sunset | Kavin | 2400 | 500 |
| 7/29/2017 | Saturday | Harmon Loop Sunset | Kavin | 900 | 2400 |
| 7/30/2017 | Sunday | Harmon Loop Sunset | Kavin | 2400 | 500 |
| 7/30/2017 | Sunday | FIESTA Resort | Cassie/Laila/Claric | 645 | 1130 |
| 7/30/2017 | Sunday | Harmon Loop Sunset | Kavin | 2100 | 2400 |
| 7/31/2017 | Monday | Harmon Loop Sunset | Kavin | 2400 | 500 |

NOTE: Beginning of Pay Period and Ending of Pay Period Number 14 Covering 16 July -31 July

3

| # of Hours work | Total Hours. |
|---|---|
| 8 | 8 |
| 7 | 7 |
| 2.25 | 2.5 |
| 7 | 7 |
| 2.5 | 2.25 |
| 7 | 7 |
| 2.25 | 2.25 |
| 2 | 2 |
| 5 | 5 |
| 6 | 6 |
| 3 | 3 |
| 6 | 6 |
| 3 | 3 |
| 6 | 6 |
| 3 | 3 |
| 6 | 6 |
| 3 | 3 |
| 6 | 6 |
| 6 | 6 |
| 2 | 2 |
| 8 | 8 |
| 12 | 12 |
| 3 | 3 |
| 5 | 5 |
| 3 | 3 |
| 5 | 5 |
| 5.25 | 5.25 |
| 3 | 3 |
| 5 | 5 |
| 142.25 | 142.25 |

-2017

62.25 Hours Exeeding 80 Regular Hours.

 Gmail

<div align="right">Johnston Palik &lt;palikjohnston@gmail.com&gt;</div>

## Basic Tools/Radio And Proxi Pen

5 messages

---

**Johnston Palik** &lt;palikjohnston@gmail.com&gt;          Fri, Aug 18, 2017 at 4:50 PM
To: Michelle Taisague &lt;michelle.taisague@gu.g4s.com&gt;, "ronald.balbas" &lt;ronald.balbas@gu.g4s.com&gt;
Cc: G4S Greg Duenas &lt;greg.duenas@gu.g4s.com&gt;, paul.suba@gu.g4s.com
Bcc: Johnston &lt;palikjohnston@gmail.com&gt;

Hello Security & Safety Manager,

As you may aware, about the subject matter, and for your records. I called NCC numerous times and also reported to O/S
on duty few times on their patrol site visits to Harmon Loop Sunset View Garden post. I still don't have the
necessary required basic tools to use at my post as of last night and it's been two weeks now.

My concern to our most valuable customers assets and especially in case of emergency with life and dead situation.

I'm looking forward to hearing from the responsible personnel who can assist me to resolving these basic needs to do my
job right.

Thank you!
S/O JP


--
Sent from Gmail Mobile

---

**Johnston Palik** &lt;palikjohnston@gmail.com&gt;          Wed, Oct 25, 2017 at 10:59 PM
To: Johnston Palik &lt;palikjohnston@gmail.com&gt;


Mr. Balbas, you terminating my employment today with G4S and accusing me for not doing my job but, your not following
the Standard Operational Procedure by providing the basic needs I have been requested since the last day on my
assigned post October 15, 2017. How do you expect me to do my job if your not providing my basic tools and daily
activity report forms that I have been requested?


You also sided with Ms. Taisague even though both of you never come with me and Mr. Suba with the Guam Police
Department Investigator who came with us to investigate the AK Mega Front Lot scene. You and Ms. Michelle Taisague
accusing me of a stolen tire at AK Front Lot to fabricate the whole story by way of a negative narrative reports to
terminating my employment with G4S on May and again today, October 25, 205. I am forwarding the subject matter via
email dated August 18, 2017 to show proof and evidence to the court of law.


If this is not sufficient to support my case in the court of law and order. Please, do let me know so I can send you more
via email.

| | |
|---|---|
| **From:** | Johnston Palik <palikjohnston@gmail.com> |
| **Sent:** | Monday, November 26, 2018 4:09 AM |
| **To:** | EMILY MAUGA |
| **Subject:** | Fwd: Beginning of Pay Period And Ending of Pay Period #17 1-Sep-15-Sep-17 Plus 5 hrs. From August 31, after Midnight |
| **Attachments:** | September 1-15, 2017.xlsx |

Johnston Palik

---------- Forwarded message ----------
**From: Johnston Palik** <palikjohnston@gmail.com>
Date: Fri, Sep 15, 2017 at 12:47 PM
Subject: Beginning of Pay Period And Ending of Pay Period #17 1-Sep-15-Sep-17 Plus 5 hrs. From August 31, after Midnight
To: Gerilyn Manibusan <gerilyn.manibusan@gu.g4s.com>, ronald. balbas <ronald.balbas@gu.g4s.com>, Michelle Taisague <michelle.taisague@gu.g4s.com>
Cc: Control G4S <control@gu.g4s.com>, jemalyn.tenorio@gu.g4s.com <jemalyn.tenorio@gu.g4s.com>, Gavin Sugiyama <gavin.sugiyama@gu.g4s.com>, Kristian Chargualaf <kristian.chargualaf@gu.g4s.com>

Time and again and again....I am short 14.25 hours according to NCC records from the Sky walker. Why our formula and solutions are not the same? Please! I need clarifications, and do let me know the discrepancy of dates is based on the difference of the calendar dates and why after midnight are not considered different time and dates when we used the 24 hours formula?

I am looking forward to hearing from the management or whoever is in charge to clarify these constant discrepancies between our time and attendance Online before the submission deadline.

Very appreciated.

Thank you!

| Days | G4S Accounts/Posts | NCC Operators/OS/SO | Time In | Time Out | # of Hours work |
|---|---|---|---|---|---|
| 31/2017 Thursday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| /1/2017 Friday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2100 | 2400 | 3 |
| /2/2017 Saturday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| /2/2017 Saturday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| /3/2017 Sunday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| /3/2017 Sunday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 1600 | 2400 | 8 |
| /4/2017 Monday | Onward Mangilao Golf Co- | Jem/Liela/Kris/Cassie | 2400 | 400 | 4 |
| /4/2017 Monday | Matson | Kristian/Cassie | 2100 | 2400 | 3 |
| /5/2017 Tuesday | Harmon Loop Sunset | Gavin/Cassie | 2400 | 500 | 5 |
| /6/2017 Wednesay | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| /6/2017 Wednesay | Harmon Loop Sunset | Gavin/Cassie | 2400 | 500 | 5 |
| /7/2017 Thursday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| /7/2017 Thursday | Harmon Loop Sunset | Christian/Cassie/Ramona | 2400 | 500 | 5 |
| /8/2017 Friday | Harmon Loop Sunset | Christian/Cassie/Ramona | 2400 | 500 | 5 |
| /8/2017 Friday | StayWell Temporary | Laila | 1945 | 2400 | 4.75 |
| /9/2017 Saturday | StayWell Temporary | Kristian/Ramona | 2400 | 600 | 6 |
| /9/2017 Saturday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2100 | 2400 | 3 |
| 10/2017 Sunday | Harmon Loop Sunset | JEM | 2400 | 500 | 5 |
| 10/2017 Sunday | StayWell Temporary | Jem/Cassie | 1830 | 2400 | 5.5 |
| 11/2017 Monday | StayWell Temporary | Cassie/Ramona | 2400 | 600 | 6 |
| 11/2017 Monday | APTIM Navy Federal Sevices | Cassie/Gavin/Annje O/S Mario Quinata | 1200 | 2000 | 8 |
| 12/2017 Tuesday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| 13/2017 Wednesay | HLS Continued@ Las Palmas | Cassie/Jem | 2400 | 800 | 8 |
| 13/2017 Wednesay | Harmon Loop Sunset | Gavin | 2100 | 2400 | 3 |
| 14/2017 Thursday | Harmon Loop Sunset | Cassie | 2400 | 2400 | 8 |
| 14/2017 Thursday | Harmon Loop Sunset | Cassie | 2400 | 500 | 5 |
| 14/2017 Thursday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| 15/2017 Friday | Harmon LSG/Las Palmas | Cassie/Jenette | 2400 | 800 | 8 |

# Hours.

5 Carry over August 31, 2017 after 24hrs. Midnite

3

5

3

8

5

4 Worked strait after Onward MGCL

3

5

3

5

5

6

5.5

3

5

4.75

6

3

5

3

8

6

8

3

8 Worked strait after Harmon LSS

3

5

3

8

125.25

| Days | | G4S Accounts/Posts | NCC Operators/OS/SO | Time In | Time Out | # of Hours work |
|---|---|---|---|---|---|---|
| 11/1/2017 | Thursday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| 1/1/2017 | Friday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2100 | 2400 | 3 |
| 2/2/2017 | Saturday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| 2/2/2017 | Saturday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2100 | 2400 | 3 |
| 3/3/2017 | Sunday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2400 | 500 | 5 |
| 3/3/2017 | Sunday | Harmon Loop Sunset | Jem/Liela/Kris/Cassie | 1600 | 2400 | 8 |
| 4/4/2017 | Monday | Onward Mangilao Golf Co- | Kristian/Cassie | 2400 | 400 | 4 |
| 5/5/2017 | Monday | Matson | Gavin/Cassie | 2100 | 2400 | 3 |
| 6/6/2017 | Tuesday | Harmon Loop Sunset | Gavin/Cassie | 2400 | 500 | 5 |
| 6/6/2017 | Wednesday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| 7/7/2017 | Wednesday | Harmon Loop Sunset | Gavin/Cassie | 2400 | 500 | 5 |
| 7/7/2017 | Thursday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| 7/7/2017 | Thursday | Harmon Loop Sunset | Christian/Cassie/Ramona | 2400 | 500 | 5 |
| 8/8/2017 | Friday | Harmon Loop Sunset | Christian/Cassie/Ramona | 2400 | 500 | 5 |
| 8/8/2017 | Friday | StayWell Temporary | Laila | 1945 | 2400 | 4.75 |
| 9/9/2017 | Saturday | StayWell Temporary | Kristian/Ramona | 2400 | 600 | 6 |
| 9/9/2017 | Saturday | Harmon Loop Sunset | Gavin/Kristian/Annje/Cassie/Jem | 2100 | 2400 | 3 |
| 10/10/2017 | Sunday | Harmon Loop Sunset | JEM | 2400 | 500 | 5 |
| 10/10/2017 | Sunday | StayWell Temporary | Jem/Cassie | 1830 | 2400 | 5.5 |
| 11/11/2017 | Monday | StayWell Temporary | Cassie/Ramona | 2400 | 600 | 6 |
| 11/11/2017 | Monday | APTIM Navy Federal Sevices | Cassie/Gavin/Annje O/S Mario Quinata | 1200 | 2000 | 8 |
| 12/12/2017 | Tuesday | Harmon Loop Sunset | Gavin/Cassie | 2100 | 2400 | 3 |
| 13/13/2017 | Wednesay | HLS Continued@ Las Palmas | Cassie/Jem | 2400 | 800 | 8 |
| 13/13/2017 | Wednesay | Harmon Loop Sunset | Gavin | 2100 | 2400 | 3 |
| 14/14/2017 | Thursday | Harmon Loop Sunset | Cassie | 2400 | 800 | 8 |
| 14/14/2017 | Thursday | Harmon Loop Sunset | Cassie | 2400 | 500 | 5 |
| 15/15/2017 | Friday | Harmon LSG/Las Palmas | Gavin/Cassie | 2100 | 2400 | 3 |
| 15/15/2017 | Friday | StayWell Temporary | Cassie/Jenette | 2400 | 800 | 8 |
| 15/15/2017 | Friday | StayWell Temporary | Gavin/Keistian | 1930 | 2400 | 4.5 |

my final time and attendance worksheet to add another 4.5 hours work last night. I was off but NCC called me to work because no S/O show at

**Hours.**

5 Carry over August 31, 2017 after 24hrs. Midnite

3

5

3

5

8

4 Worked strait after Onward MGCL

3

5

4

5

3

5

4.75

6

3

5

5.5

6

8

3

8 Worked strait after Harmon LSS

3

5

3

8

4.5 off but NCC called me to worked

129.75 ell Temp. account. Post.

# St. Lucy's Eye Clinic
## Comprehensive Ophthalmology

**Marjorie DeBenedictis, MD**
Board Certified Ophthalmologist
**Wesley Charlton, OD**
Staff Optometrist

Guam Medical Plaza, Suite 204
633 Governor Carlos Camacho Road
Tamuning, GU 96913

August 21, 2019

To Whom It May Concern:

Mr. Johnston Palik is severely impaired due to chronic migraines and chronic trigeminal neuralgia; these chronic conditions have necessitated medications that cause drowsiness, as well. He is unable to work and should be considered for disability. Please contact me if you have any questions.

Sincerely,

Marjorie DeBenedictis, MD
671-647-5829 / 671-687-7263

RICHARD C.H. CHONG
Ph.D, LIC. AC. US Graduated
Guam Traditional Oriental Medicine Ass.

Specializing in Acupuncture
Oriental Medicine





## Heaven Man Earth
## Oriental Medical Research Clinic
### Medical Narrative Report

| | |
|---|---|
| **Name:** | Palik Johnston |
| **Date of First Exam & Treatment:** | 03/15/ 2012 |
| **Insurance No:** | MIP:9015136501 |
| **Patient's Claim No:** | 092719936031512 |
| **Date of this Report:** | 07/10/2019 |
| **Diagnosis and ICD-10 Code:** | Sciatic Nerve Pain [M54.5 ] |

## HISTORY:
**History of injury or disease with following chief complaints:**
48 years old male patient complains severe lower back pain. Patient also has chronic constipation and four times of nocturnal urination during sleep.

## EXAMINATION:
**Physical examination:**
Patient has myositis in the lumbar region.

## DIAGNOSIS AND ICD-9 COD:
1. Lower back pain         [M54.30]

## TREATMENT:
**Treatment Plan, Program, and Clinical Course:**
HME Clinic estimates 1 to 3 months of treatments for the patient's symptom. Patient needs at least 1 month of intensive treatment of Acupuncture and Oriental Medicine. The treatment programs are consisted of ElectroAcupuncture, Acupuncture, Therapeutic Manipulation, Muscular Stimulation, Manual Traction, Prescribed Herbal Medicine and Infrared light treatment, etc.

## PROGRESS:
On March 26, 2012, the following evaluation of Palik Johnston's symptom reveals that the lower back pain has improved temporarily after receives intensive Acupuncture treatments along with other modalities of Oriental Medicine. Patient still complains on and off lower back pain thus HME Oriental Medical Research Clinic recommends the patient get more Acupuncture treatments in the regular base in order to recover from the chronic myositis of lumbar.

Heaven Man Earth Oriental Medical Research Clinic



**RICHARD C.H. CHONG**
Ph.D, LIC. AC. US Graduated
Guam Traditional Oriental Medicine Ass.

**Specializing in Acupuncture**
**Oriental Medicine**



# Heaven Man Earth
# Oriental Medical Research Clinic
Medical Narrative Report

## PROGNOSIS:

Patient might have a chance to develop a Sciatic Nerve problem if patient does not receive proper medical treatments on time.

## ADDITIONAL TREATMENT NEEDED:

Patient needs herbal medicines for controlling the pain and gets rid of inflammation of soft tissue and joints, muscle and tendon problems.



## REMARKS & RE COMMENDATION:

Patient has advised the following recommendation of exercises and diet by physician.

1. HME recommends patient therapeutic exercises along with herbal medicine.
2. Recommend patient to stretch lower back muscle in order to loosen up the tight muscle.
3. Recommend more Acupuncture and Herbal medicine secessions for chronic symptoms.

If you have any question, do not hesitate to contact us for further assistance

Sincerely

**SIGNATURE OF PHYSICIAN**

**Dr. Richard C.H. Chong Ph.D.**
**Traditional Oriental Medal Doctor LIC. AC.**

Heaven Man Earth Oriental Medical Research Clinic



**Palik, Johnston**
53 Y old Male, DOB: 09/27/1963, External MRN: 128138
Account Number: 565379
Yupac 1666, Agana, GU-969320000
Home: 671-789-0020
Guarantor: Palik, Johnston    Insurance: Century Payer
ID: PAPER
Appointment Facility: FHP Urgent Care

03/23/2017                                    Progress Notes:  Mo-Ping M. Tham, DO

## Current Medications
None

## Past Medical History
Denies

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a
nonsmoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink
containing alcohol in the past year?
No, Points 0, Interpretation Negative.

## Allergies
N.K.D.A.

## Review of Systems
Musculoskeletal:
    Patient complaining of pain in leg.
Denies Leg cramps. Admits Muscle aches.
Denies Sciatica. Denies Weakness.
Neurologic:
    Denies Gait abnormality. Denies Loss of
strength. Denies Loss of use of extremity.
Admits Low back pain. Admits Pain.
Denies Tingling/Numbness.

## Reason for Appointment
1. NP -Work Injury
2. @1115 53 year old male pt here presenting with lower back pain,
radiating down to the right leg onset last night//asMA
3. Patient started feeling the pain last night while at work doing his
rounds, working as a security personnel//asMA
4. No trauma or injury recalled//asMA

## History of Present Illness
History of Present Illness:
    Pt was working graveyard shift last night from 1 am - 7 am, around
6 am was lifting the post to open a gate and while he was doing it, felt a
sudden sharp pain in his Low back radiating down his R leg. Pt rested,
started feeling better, less pain in his R leg but still with low back pain.
Pt has had pain in the past from standing too long but the pain then
was in his foot. Pt admits he does feel pain in his back from standing
too long. Pt says the post is rather heavy. No meds taken yet for pain.

## Vital Signs
Wt 229.3 lbs, Ht 5 ft 5 in, BMI 38.15 Index, Temp 98.8 po, HR 81 /min,
RR 20 /min, BP 120/72 mm Hg, Oxygen sat % 97% RA, * 165.1, Wt-kg
104.01.

## Examination
General Examination:
    GENERAL APPEARANCE: well developed, alert, well-nourished, in
no apparent distress.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    LUNGS: clear to auscultation bilaterally, good air movement, no
wheezes, rales, rhonchi.
    BACK: spasticity in lumbar paraspinal mm.
    NEUROLOGIC: gait normal, deep tendon reflexes 2+ symmetrical,
motor strength normal upper and lower extremities, sensory exam
intact, negative SLR.

## Assessments
1. Lumbar strain - S39.012A (Primary)

## Treatment

**1. Lumbar strain**
Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet prn spasm, Orally,

Patient: Palik, Johnston   DOB: 09/27/1963   Progress Note: Mo-Ping M. Tham, DO   03/23/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 1:19-cv-00137   Document 1   Filed 09/10/19   Page 37 of 42

Three times a day, 30, Refills 0
Start Ibuprofen Tablet, 800 MG, 1 tablet with food prn pain, Orally,
Three times a day, 30, Refills 0
Notes: recommend gentle stretching, heating pad, massage to help with
spasms in the back. Recommend stretching daily at work to avoid
future spasms.

**Follow Up**
follow up in occupational health if no improvement

Electronically signed by Mo-Ping Tham , DO on 05/20/2017
at 10:55 PM ChST
Sign off status: Completed

FHP Urgent Care
548 S MARINE CORPS DR
TAMUNING, GU 96913-3539
Tel: 671-646-5825
Fax:

Patient: Palik, Johnston   DOB: 09/27/1963   Progress Note: Mo-Ping M. Tham, DO   03/23/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

 Gmail                                   Johnston Palik <palikjohnston@gmail.com>

## Accusing Me
3 messages

**Johnston Palik** <palikjohnston@gmail.com>                      Sat, Oct 21, 2017 at 2:49 PM
To: "ronald.balbas" <ronald.balbas@gu.g4s.com>
Bcc: Johnston <palikjohnston@gmail.com>

You accusing me for not doing my job at Harmon Loop Sunset Garden Apartment. During these month of October last week. I received calls from NCC if I can continued work after booking off from HLSG to go strait and relived my work associates. When I arrived on site I found S/O and O/S while they're sleeping on the job. I called NCC to report it and NCC answer me and said to wake them up which I did, but no disaplinary action yet from the Operations Department.

You call Pro-Active?

I'm not proactive and not doing my job?

You said, you helping me, but the reality is your not, and I know you trying to make a negative narrative report to Mr. Duenas against me. I knew you trying your best to satisfy you friend Ms. Michelle Taisague to impress her. Let me know after you report to Mr. Duenas because you need a Incident Report from me and I told you I send Mr. Duenas cc.

I have proof and evidence to take it to the court and the video footage from the HLSG is with in the time frame. I will file a complaint aginst three individual because I'm already off duty when the tow truck came after I called three (3) hours later. You insist that I should stay back wait for the towing company when I have not get pay for my lost hours since April and Michelle got all my emails for my short hours. I still have more than 20 Hours Still Out Standing.

I will file a complaint with Department of Labor and if I can take it to court than will against you and her for my lost hours.

I am looking forward to hearing from you Online soon.

Thanks!

--
Sent from Gmail Mobile

---

**2 attachments**



**IMG_8173.JPG**
1366K

**IMG_8225.JPG**
1476K



**IMG_8173.JPG**
1366K



**IMG_8225.JPG**
1476K

Thank you!

Sent from Mail for Windows 10

[Quoted text hidden]

**Johnston Palik** <palikjohnston@gmail.com>                Wed, Oct 25, 2017 at 11:02 PM
To: "ronald.balbas" <ronald.balbas@gu.g4s.com>
Cc: G4S Greg Duenas <greg.duenas@gu.g4s.com>, "paul.suba@gu.g4s.com" <paul.suba@gu.g4s.com>
Bcc: Johnston Palik <palikjohnston@gmail.com>



