# UNITED STATES DISTRICT COURT
for the
District of Guam
Division


FILED
DISTRICT COURT OF GUAM
FEB 03 2020
JEANNE G. QUINATA
CLERK OF COURT

| | |
|---|---|
| Johnston B. Palik, pro se<br>P.O. Box 529<br>Hagatna, Guam 96932<br>Tel: (671) 789-0020<br>Cell: (671) 687-0677<br>palikjohnston@gmail.com<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>G4S Secure Solutions (Guam), Inc.<br>1851 Army Drive, Tamuning, GU 96913<br>Tel: (671) 646-2307<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 19-00137<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

AMENDED B

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Johnston B. Palik, pro se |
   | Street Address | J & J Apt. 127 East S. Leon Gurerro |
   | City and County | Tamuning, |
   | State and Zip Code | Guam 96913 |
   | Telephone Number | (671) 789-0020 |
   | E-mail Address | palikjohnston@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michelle Taisague, G4S Secure Solutions (Guam) Inc., |
| Job or Title *(if known)* | Asst. Operations Manager |
| Street Address | 1851 Army Drive |
| City and County | Tamuning |
| State and Zip Code | Guam 96913 |
| Telephone Number | (671) 646-2307 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Greg Duenas |
| Job or Title *(if known)* | Director of Operations |
| Street Address | 1851 Army Drive |
| City and County | Tamuning, Guam |
| State and Zip Code | 96913 |
| Telephone Number | (671) 646-2307 |
| E-mail Address *(if known)* | greg,duenas@gu.g4s.com |

Defendant No. 3

| | |
|---|---|
| Name | Paul Suba |
| Job or Title *(if known)* | Supervisor, G4S Secure Solutions (Guam) Inc. |
| Street Address | 1851 Army Drive |
| City and County | Tamuning, Guam |
| State and Zip Code | 96913 |
| Telephone Number | (671) 646-2307 |
| E-mail Address *(if known)* | paul.suba@gu.g4s.com |

Defendant No. 4

| | |
|---|---|
| Name | Ronald Balbas |
| Job or Title *(if known)* | Asst. Operation Manager |
| Street Address | 1851 Army Drive |
| City and County | Tamuning, Guam |
| State and Zip Code | 96913 |

|   |   |
|---|---|
| Telephone Number | (671) 646-2307 |
| E-mail Address *(if known)* | ronald.balbas@gu.g4s.com |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|   |   |
|---|---|
| Name | G4S Secure Solutions (Guam), Inc., |
| Street Address | Harmon Loop Sunset View Garden Appartments |
| City and County | Harmon Loop |
| State and Zip Code | Guam 96929 |
| Telephone Number | (671) 649-2838 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
EEOC

☒ Relevant state law *(specify, if known)*:
California, Florida, Texas, Oklahoma, and research in other states

☒ Relevant city or county law *(specify, if known)*:
Guam Law

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Equal Pay Act (EPA)

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

On March 31, 2016, about half day professional security training with a certificate. On June 2, I was hired and I was given seventeen (17) or more documents to signed at one time without detail explanation. No Orientation Training at all as mention in our emails. Human Resources cancel the training and they never conducted the Orientation Training until I terminated .

Documentary evidence can also be used to prove workplace discrimination. For example, emails between management and my supervisor and managers could contain biased comments, which is strong evidence of a discriminatory intent. Provited documents can also show the company's normal procedures for hiring, firing, or promoting someone. G4S departs from it's normal written policies when firing me, for example, but follows the procedures for everyone else, then I have proof that the employer was motivated by a discriminatory intent when they treated me differently.

On June 10, 2016, my Supervisor Mr. Cruz reported me to Assistant Operations Manager, Michelle Taisague because I refused to follow his order that would result in discrimination, breakinghospital smoking policy, and intervening to protect a patient who was asking Supervisor Cruz cigarette to smoke in the Guam Regional Medical Center Hospital premises. After that Assistant Operations Manager met with Supervisor Cruz. Assistant Operations Manager removed me from the work schedule and later rotate my shifts on a different isolated risky location.

On September 10, 2016, I wrote a letter to my boss and hand delivered to my boss Assistant Operations Manager regarding a complaint from FHP Manager about one of the G4S Security Officer dresses like a mobster wearing a long black jacket with a dark sunglass. I also reminded her about my oral request for Sunday off but no avail nor never response to me. I also requested her for G4S and AK Toyota to provide a portable toilet at the AK Back Gate Lot still no avail.

On September 16, 2016, to March 30, 2017, correspondence e-mails between Human Resources, Professional Assistant, Emailina C. Mariano regarding my enrollment for health and life insurance. H/R Professional Assistant mislead me to a insurance scam that expired and no longer in force but keep deducting in my pay checks stuff.

On May 3, 2017, when I arrived on post to relived security officer Elmer Regino at 0100 hour he was sleeping in his car. I called control and Jem answer e and I told her that officer Regino is sleeping in his car. On or about 10 minutes later he woke up. I asked him if he's ok and he didn't answer me. I passed down the static logbook and said that the proxy pen was dead. I called controll again to report to supervisor on patrol that the proxy pen needed to recharge and to dispatch supervisor on patrol to bring new one but no availa until I bookin off duty at 0700.

During my meeting with assistant operations manager, Ms. Taisague, I informed her that I was using my laptop to send her emails regarding G4S Company issues and other matters I am concerned about. And I only used that night during my break. She asked me about the stolen tire that was removed from a Lexus and not a Toyota X-Runner as stated on a position statement. After assistant operations manager investigations. G4S supervisor Mr. Paul Suba and I (s/o Johnston Palik) with a Guam Police department investigator went out together to investigate the AK front lot gate and fence line where Ass't operations manager told me where the auto tire was stolen. I showed Mr. Paul Suba and GPD investigator and they looked at each other and asked so what are we doing here. Obviously, G4S supervisors and managers are not doing their job right to train me (so Paik). The managers fabricate their story to cover up themselves to accuse me and terminate my employment with G4S Secure Solutions (Guam) Inc. After G4S investigations was found to be flawed, G4S Human Resources reinstated my employment.

On March 23, 2017, I began experiencing pain in my lower back from standing for a long period under the strong sun and my eyes were strained and stated to get sore and blurry and the PIC Hotel pool side. See attached doctors document reports. I reported to a shift supervisor to call controll and dispatch assistant operations manager that I got hurt on the job site. I called the G4S PIC hotel security supervisor and another security officer distracted my calls and make a discriminatory comments that I

am a lazy old Chuukese Micronesian.

On June 8 and 9, 2017, I was posted at the Villa Rosario Apartments and later after midnight, I was transferred to an isolated post in Yigo , Guam Race track without flash light and radio. I used my persoal cellphone to call control office that I arrived and no supervisor was there to brief me o the post with my required necessary tools. I kept calling untill 2am. I was able to speak with supervisor Mantanona who had harassed me earlier at the Villa Rosario. He continued toharrass and insult me untill my shift ended at the Yigo Race Track. I informed assistant Operations manager Taisague butno disciplanary action was taken against Mantanona.

On June 10-20, 2017, I was terminated by assistant operations manager Taisague because I am a micronesian and supervisor is local Chamorro. And also after the AK incident about the stolen tire she fabriate her story that the stolen tire ocurred during during my shift from 0100-0700 on May 3, 2017. After 2 weeks without work and no pay during and after the investigation. G4S Human Resources retain my employment after I was called by G4S supervisor Paul Suba and Guam Police investigator to join them while they conduct their investigation at AK fence line overflow gate at the scene where Taisague blamed me for the stolen tire.

June 6, 2017, incident investigation report from Greg Duenas is contraticted to Michelle Taisague June 5, 2017, incident investigation report that is flwed. See the subject matter dated June 14, 2017, Appeal Findings from G4S and H/R Director emails.

On Oct 15, 2017, during my shift from 2100-0500am, at Sunset View Garden apartments, I called the Lujan towing company around 2am after I spotted two behicles license plates INA5093 and MTE4532 parked on a three hours only parking stall zones. It is the company policy and its posted on the wall. Property manager Maurice Montomegy instructed me to make sure I am enforcing the company parking policy. He reminded me that if I don't enforce the parking policy he will call G4S to fire me from my job because he's the one paying me. When I called the Lujan Towing he called me after I booked off and demanded me to pay the towing expense cost for Ms. Laarni Sabra Dela Cruz in the amount of $180. I asked Mr. Montgomery why should I pay for the towing cost since Dela Cruz violated the company parking policy. I called G4S office and also went to meet with Ron Balbas, Greg Duenas. After the meeting with them on October 16, 17, 18, 2017, I was terminated after the indicent.

In retaliation the G4S operations manager terminated my employment after the October 15, 2017 incident because I called the Lujan Towing Company to towed away the parked vehicles at Harmon Loop Sunset View Garden Apartments.

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race — Micronesian

☐ color

☒ gender/sex — Male

☒ religion — Protestant Christian

☒ national origin — Federated States of Micronesia

☒ age *(year of birth)* <u>54/1963</u> *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

<u>c Low Back Pain, Chronic Hearing, Sensitive Eye problems, and Chronic joints of hand wrist Osteoarthritis and Chronic reheumatoid arthritis.</u>

E. The facts of my case are as follows. Attach additional pages if needed.

YOUR HONOR, this are the evidence that transpired at the G4S workplace which have led me to claim. Please see attached documents on various emails, award certificates and pictures to prove my evidence I filed with the Chief Clerk and staff. I also requested from the G4S Secure Solutions (Guam), Inc. and their Counsel for my personal file; company policies; pay records; physical evidence such as pictures and emails correspondence; health records; contact information of witneses and witness statements. My case is straitforward and we submitted for the District Court of Guam, U.S Courthouse to hear my case. I am very confident because God knew everything and I had the truth on my side and I know I had the law on my side too.

An employer can discriminate in two ways. First, the employer can directly discriminate against a person based on their protected characteristic. This type of intentional discrimination is called "disparate treatment. For example, more local get higher salary than FSM workers. However, in practice, it would exclude far more locals Guaminian than FSMers.

I was hired to work for G4S Secure Solutions (Guam), Inc., during my employment, I have experienced discriminations because I am not a local Guamanian (Chamorro) and am a Kosraean of the Federated States of Micronesia. Subject to disparate treatment in discipline and threats of discharged for similar incidents on non-FSM are not disciplined or threatened with discharge. Ms. Tasaque and G4S Secure Solutions (Guam) Inc. terminated/fired me on June 10, 2017. I have not been given a reason for the difference in treatment I experience at work. I believe I was discriminated beause of race, sex, national origin (Kosraean/Micronesia), religion, disability and in retaliation in violation of the Title VII of the Civil Rights Act of 1990, as amended.

Under the Title VII of the Civil Rights Act, and other laws, must not retaliate an employee, fire, demote, harass, or take other "adverse action" for filing a discrimination complaint or participating in an internal investigation. G4S Managers retaliated against me after I complaint for unfair work scheduled and unpaid regular working hours and overtime. The hostile work environment included verbal and harassment by the Operations Supervisor (Mantanota) at the field site and also at the Control Office by the Managers (Michelle Taisague and Ronald Balbas). I complaint to G4S Secure Solutions (Guam) many times about unfair treatment. Manager Taisague and Ronald Balbas are very close friends and both wanted to fired me even though the investigation was fabricated for a cover up for them about a stolen tire at AK Toyota that was flawed.

Employer acted with specific illegal motivation and was wrongfully terminated my employment with G4S Secure Solutions (Guam) Inc., because of race, sex, national origin, age, disability and in retaliation which illegal discrimination and retaliation by Managers Taisague and Balbas in return terminated my employment per attached filed letter dated June 7, 2017 and November 2, 2017, letter send to Balbas and Ms. Taisague and Mr. Duenas. Importantly, discrimination and retaliations are exceptions rather than legitimate explanation as to why and adverse employment action was taken.

Age discrimination is prohibited by federal law and laws of many states and territories. However, the damages available to an employee. Age discrimination is Employment Act bars employees with 20 or more employees from Age discrimination against employees who are 40 years of age or older worker in hiring, firing, lay offs, demotion, promotions, pay, discipline and training, job assignments, benefits or other terms and conditions of employment. Even employer policies that don't appear discriminatory at workers. A G4S employee called me an older lazy Chuukese Micronesian and promote more younger employees than older employees who has more experience. To prove my age discrimination: "disparate treatment" and "disparate impact". I was treated different because of my age disparate treatment is intentional discrimination. With theory, I prove that I am over 40 or older and were qualified for my job. Furthermore, I prove and with evidence that I suffered an adverse employment action and the associates under 40 years old were not treated the same and there is "legitimate reason" is actually a pretex from employer. I heard a radio called from job site to fire me because I am an old lazy Chuukese Micronesian. Favoring employees who are "flexible" is indicators of age discriminations because it show a preference for younger employees over older ones. I prove these elements, the burden to the

defendant employer prove a legitimate reason for the action that is not discriminatory if the employee that burden, then I must show that the "legitimate reason" is actually pretex. I observed employer hire more younger employees for fired for the same reason illegal, race, sex age discrimination, religion and disability, there is circumstantial proof that younger employees are treated diffently and the employer has pattern of younger employees and a practice of getting rid of older employees and replacing them with younger employee and things of that nature and I am one of the potential one. Emplyer Supervisor use derogatory and insulting language. Managers are biased against me and there is a "smoking gun" that proves discriminatory intent. More FSM race terminated than local Guaminian (CHamorro) without 1st, 2nd, and 3rd warning.

In an employment discrimination claim, a prima facie case of "disparate treatment" will required me to prove: I am in a protected class (sex, race, national origion, etc.); I suffered an adverse job action (e.g. termination, loss of fringe benefits, health and life insurance coverage, income, etc.

Motive

a) Age, gender, race, religion, nationality, protected class, at-will state

Inequality

An employer cannot treat employee differently based on race, national origin, disability, my illness, or my religious needs, for example: if my employer let all of their Catholic employees go to mass on Ash Wednesday in the middle of the day but prohibits me from attending a religious service on a Holy Day of my faith, that's discrimination. It doesn't matter if she follows my religion. If she treats me a way that she does not treat me fair, that is unlawful..

Defedant acted with malice and ill-will with the intent to harm the plaintiff.

Defendant intended to deceive plantiff while plantiff reasonably relied on his job to help and support his family livelihood.

The actions of the defendants constitute the tort of unjust enrichment.

Plaintiff have suffered damages at amounts to be proven at trial.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Discrimination took place earlier on 06/22/2016, and last on 10/25/2017, EEOC filed on 02/22/2018

    B.    The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☒       issued a Notice of Right to Sue letter, which I received on *(date)*   6/10/2019  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wherefore, plaintiff hereby request for Court Judgment in favor for compensatory damages; punitive money damages; economic damages; lost wages; or income; insurance; pain and suffering damages; cost for bringing this action; difficulty hiring/training talent'and reinstatement; and any further relief deemed just and equitable. Plaintiff prays and seek Court Order for Defendants to companset Plaintiff in the amount of $400, 000.00 and provide injunctive relief; and any further relief deemed just and equitable to settle a U.S. EEOC discrimination of race, sex, national origin, religion, age, and disability discrimination lawsuit recommend and filed by pro se because of the danages that causing Plaintiff more suffering and struggling with his livelihood and his family. Plaintiff is entitled and protected by law, Federal Court and Congress must protecting the rights of pro se plaintiff.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/27/2020

Signature of Plaintiff *[signature]*
Printed Name of Plaintiff   Johnston B. Palik, pro se

**B.**  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



# INTERNAL REPORT

| To: Security Manager | Date: June 4, 2016 |
|---|---|
| From: Johnston Palik | Employee ID#: |
| Subject: Request Sunday Off | HR Control #: |

With all due respect, I humbly request for Sunday off in observance of our Holy Sunday, and to go to Church. I always believe on Sunday that we should respect only one day our Almighty God is asking us according to His Bible that we must take a rest on Sunday. I think that you can always arrange my request to accomodate any security personnel who are willing to work on Sunday.

I thank you for your permission in advance and approval and very appreciated the cooperation and understanding.

Signature: Johnston Palik

Manager's Signature: _____ Dated: _____



**Group 4 Securicor**

# INTERNAL REPORT

| To: Manager Duenas | Date: 7/31/17 |
| From: Johnston Palik | Employee ID#: PA-156 |
| Subject: Friday, August 04, OFF | HR Control #: |

Dear Operations Manager,

With all due respect, I humbly request approval for Friday, August 04, 2017, day off to attend to a family obligation.

Thank you for your usual understanding.

Signature: _Johnnut Palik_

Manager's Signature: _____ Dated: _____



# PERFECT ATTENDANCE

## TO

## *Johnston B Palik*

For the Month of January 2017

_____
**Vincent J. Walker** - Acting General Manager

_____
**Charlotte Huntsman** - Director of Human Resources



# PERFECT ATTENDANCE
## TO
*Johnston B. Palik*

For the Month of February 2017

**Vincent J. Walker** - Acting General Manager

**Charlotte Huntsman** - Director of Human Resources

